Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LUCAS REGAN                    )
                               )   Case No: 5:20-CV-2221
           Plaintiff(s),       )
                               )   **APPLICATION FOR**
      v.                       )   **ADMISSION OF ATTORNEY**
                               )   **PRO HAC VICE**
PINGER, INC.                   )   (CIVIL LOCAL RULE 11-3)
                               )
           Defendant(s).       )

I, Keith J. Keogh, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Lucas Regan in the above-entitled action. My local co-counsel in this case is Scott C. Borison, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 55 W. Monroe St, Suite 3390 | 1900 S. Norfolk Street, Suite 350 |
| Chicago, IL 60603 | San Mateo, CA 94403 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 726-1092 | (301) 620-1016 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Keith@KeoghLaw.com | Scott@BorisonLaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6257811.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/02/20                                    Keith J. Keogh
                                                   APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Keith J. Keogh is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 2, 2020                              Susan van Keulen
                                     UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE