|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

Lucas Regan )
                                       ) Case No: 5:20-cv-02221
                                       )
                     Plaintiff(s), ) **APPLICATION FOR**
                                       ) **ADMISSION OF ATTORNEY**
      v. ) **PRO HAC VICE**
Pinger, Inc. ) (CIVIL LOCAL RULE 11-3)
                                       )
                    Defendant(s). )

    I, Tonia Ouellette Klausner, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Pinger, Inc. in the above-entitled action. My local co-counsel in this case is Jonathan S.M. Francis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019 | One Market Plaza, Spear Street Tower, Suite 3400, San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 497-7706 | (415) 947-2010 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| tklausner@wsgr.com | jfrancis@wsgr.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2597110.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/14/20                                             Tonia Ouellette Klausner
                                                                                  APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Tonia Ouellette Klausner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 14, 2020

                                                               *Susan van Keulen*
                                             UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE