Scott Borison
**Borison Firm, LLC**
1900 S. Norfolk Street
Suite 350
San Mateo, CA 94403
Tel.: (301) 620-1016
Fax: (301) 620-1018

*Keith J. Keogh
**Gregg M. Barbakoff
**Keogh Law, Ltd.**
55 W. Monroe St, Suite 3390
Chicago, IL 60603
Tel.: (312) 726-1092
Fax: (312) 726-1093
keith@keoghlaw.com
gbarbakoff@keoghlaw.com

*Attorneys for Plaintiff and the Proposed Putative Class*

* *Admitted to Practice Pro Hac Vice*
** *Pro Hac Vice Application to Be Submitted*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCAS REGAN, individually, and on behalf of other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>PINGER, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 5:20-cv-02221-SVK<br><br>CLASS ACTION<br><br>**STIPULATION FOR EXTENSION OF DEADLINE FOR PLAINTIFF TO FILE HIS REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO CONDUCT ARBITRATION-RELATED DISCOVERY AND ORDER**<br><br>Hon. Lucy H. Koh |

**STIPULATION**

Plaintiff Lucas Regan ("Plaintiff") and Defendant Pinger, Inc. ("Pinger"), through their counsel, hereby agree and stipulate as follows:

WHEREAS, on April 1, 2020, Plaintiff filed his complaint ("Complaint") in this action

1

WHEREAS, the Parties previously stipulated to extend Defendant's deadline to respond to the Complaint by 21 days, from April 30, 2020 until May 21, 2020;

WHEREAS, on May 21, 2020, Defendant filed the Arbitration Motion seeking to require Plaintiff to bring his individual claim, if at all, in arbitration;

WHEREAS, the Parties previously stipulated to modify the briefing schedule for the Arbitration Motion (the "Arbitration Stipulation"), moving the deadline for Plaintiff's opposition from June 4, 2020 to June 18, 2020 and moving the deadline for Defendants' reply from June 11, 2020 to July 2, 2020;

WHEREAS, on June 5, 2020, the Court entered an Order confirming the deadlines set forth in the Arbitration Stipulation;

WHEREAS, Plaintiff sought certain discovery in order to respond to oppose the Arbitration Motion;

WHEREAS, the Parties agreed on a briefing schedule in anticipation of Plaintiff's Motion for Leave to Conduct Arbitration-Related Discovery (the "Discovery Motion"), and entered into a stipulation to shorten the time for a hearing on the Discovery Motion (the "Discovery Moton Stipulation") pursuant to Local Rules 6-1(b) and 6-2(a). Pursuant to the Discovery Motion Stipulation, the Parties agreed that Plaintiff would file his Discovery Motion by June 18, 2020, Defendant would file its Opposition brief by July 2, 2020, and Plaintiff would file his Reply by July 9, 2020;

WHEREAS, on June 5, 2020, the Court entered an Order confirming the deadlines set forth in the Discovery Motion Stipulation, and resetting the initial status hearing in this case from July 1, 2020, to August 26, 2020;

WHEREAS, the deadline for Plaintiff to file his Reply is currently scheduled for July 9,

97712

2020;

WHEREAS, Plaintiff requires additional time to fully address the legal and factual issues raised in Defendant's Response;

WHEREAS, the Parties have agreed to an extension whereby Plaintiff's Reply shall be due on July 10, 2020;

WHEREAS, the extension described above will not affect any other dates currently set in this matter;

THEREFORE, pursuant to Local Rule 6-1(a), the Parties hereby stipulate and request that Plaintiff's Reply in Further Support of the Arbitration Motion shall be due on July 10, 2020;

**IT IS SO STIPULATED AND AGREED**

Dated: July 8, 2020                                         BORISON FIRM, LLC

By: */s/ Keith J. Keogh*
    Keith J. Keogh*
    Gregg M. Barbakoff**
    **KEOGH LAW, LTD.**
    55 W. Monroe St, Suite 3390
    Chicago, IL 60603
    Telephone: (312) 726-1092
    Facsimile: (312) 726-1093
    Email: keith@keoghlaw.com
    Email: gbarbakoff@keoghlaw.com

     Scott Borison SBN 289456
    **Borison Firm, LLC**
    1900 S. Norfolk Street
    Suite 350
    San Mateo, CA 94403
    Tel.: (301) 620-1016
    Fax: (301) 620-1018

    *Counsel for Lucas Regan*
    *Admitted to Practice Pro Hac Vice*
    ***Pro Hac Vice Application to Be Submitted*

3

97712

Dated: July 8, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/Paul C. Gross*
Paul C. Gross*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of Americas, 40th Fl.
New York, NY 10019-6022
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
Email:  pgross@wsgr.com

*Counsel for Defendant Pinger, Inc.*
*Admitted to Practice Pro Hac Vice

## DECLARATION OF KEITH J. KEOGH

Pursuant to Civil Local Rule 5-1(i)(3), I obtained the concurrence of Paul C. Gross for the filing of this document prior to filing under my ECF login.

*/s/   Keith J. Keogh*

97712

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1) Plaintiff's Reply in Further Support of the Arbitration Motion shall be due on July 10, 2020.

Dated: July 9, 2020

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

97712