UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS REGAN,<br><br>           Plaintiff,<br><br>   v.<br><br>PINGER, INC,<br><br>           Defendant. | Case No.  20-cv-02221-LHK (SVK)<br><br>**ORDER VACATING JULY 28, 2020 DISCOVERY HEARING**<br><br>Re: Dkt. No. 35 |

The hearing currently set before Judge Susan van Keulen on July 28, 2020 at 10:00 a.m. is **VACATED**. If no objection to this Court's July 21, 2020 Order (Dkt. 33) is filed, the Parties are to meet and confer and contact Judge van Keulen's courtroom deputy, Justine Fanthorpe, no later than **August 5, 2020**, to reset the discovery hearing. If an objection is filed, the Parties are to contact Ms. Fanthorpe with a status report upon receipt of Judge Lucy H. Koh's ruling on the objection.

**SO ORDERED.**

Dated: July 27, 2020

SUSAN VAN KEULEN
United States Magistrate Judge