UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS REGAN,<br><br>        Plaintiff,<br><br>v.<br><br>PINGER, INC,<br><br>        Defendant. | Case No. 20-cv-02221-LHK  (SVK)<br><br>**ORDER REGARDING DISCOVERY HEARING**<br><br>Re: Dkt. Nos. 33, 39 |

On August 18, 2020, the Parties appeared for a video discovery hearing. Dkts. 33, 39. Plaintiff Lucas Regan seeks discovery regarding a motion to compel arbitration that is currently pending. Dkt. 27-2, 33. The Court issued an order on July 21, 2020 granting the motion for discovery in part and ordering the Parties to engage in live meet and confer efforts regarding which RFPs will be responded to and in what format. Dkt. 33 at 4. The Parties were unable to resolve all issues, and today's hearing was held. As to the outstanding RFPs, the Court orders as follows:

1. As to RFP Nos. 1 and 5, Defendant Pinger, Inc. represented to the Court that the data requested does not exist. More specifically, Defendant represented specifically and unequivocally that when a user downloads the Sideline application and moves through the various screens, whether or not the user clicks on the hyperlink indicated to lead the user to Terms of Service is not information that Defendant tracks in any fashion. Defendant may track other links that users click on, but it does not track whether a user clicks to review the Terms of Service. Defendant is ordered to provide a declaration of a person with personal knowledge (not counsel) as to the foregoing as soon as available but no later than **Friday, August 21, 2020**.

2. Plaintiff may wish to engage in further meet and confer efforts upon receipt of the declaration. If so, the Parties are to promptly engage in a robust, live (not by email) meet and confer process with persons with personal knowledge of the technical issues to be discussed.

3. As to RFP No. 2, Defendant will produce information regarding the total number of times that Users created a Sideline account during the Relevant Time.

**SO ORDERED.**

Dated: August 18, 2020

SUSAN VAN KEULEN
United States Magistrate Judge