UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS REGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>PINGER, INC,<br><br>    Defendant. | Case No. 20-cv-02221-LHK  (SVK)<br><br>**ORDER REGARDING STATUS OF DISCOVERY**<br><br>Re: Dkt. No. 41 |

On August 18, 2020, the Parties appeared for a video discovery hearing and the Court issued an order. Dkt. 41. The Parties are directed to provide an update by joint filing by **12:00 p.m. on August 28, 2020** on the status of discovery conducted pursuant to Dkt. 41. Specifically, the Parties should indicate whether they are conducting further meet and confer and/or discovery. If so, the Parties should indicate how much time they anticipate they will need to complete these tasks. The Parties may also request to be placed on this Court's law & motion calendar for September 1, 2020 at 10:00 a.m. if necessary.

  **SO ORDERED.**

Dated: August 26, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge