UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUCAS REGAN,<br><br>          Plaintiff,<br><br>     v.<br><br>PINGER, INC.,<br><br>          Defendant. | Case No. 20-CV-02221-LHK<br><br>**JUDGMENT** |

On February 23, 2021, the Court granted Defendant's motion to dismiss and compel arbitration. ECF No. 67. Accordingly, judgment is entered. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 23, 2021

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 20-CV-02221-LHK
JUDGMENT

1